U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 12 2009
CLERK, U.S. DISTRICT COURT
By ______ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No.______ |
| | § | |
| WILLIAM ADAIR(1) | § | |
| LISA SMITH (2) | § | |
| JAMIE KING (3) | § | |
| CLINTON JOHNSON (4) | § | |

# INDICTMENT

The Grand Jury Charges:

## Count One
Conspiracy to Make, Possess, and Utter Forged Securities
(Violation of 18 U.S.C. § 371)

From on or about a date unknown to the grand jury, and continuing through in or about April 2009, in the San Angelo Division of the Northern District of Texas, and elsewhere, **William Adair, Lisa Smith, Jamie King,** and **Clinton Johnson,** defendants, did unlawfully, knowingly, and intentionally combine, conspire, confederate, and agree with each other and with persons unknown to the grand jury to commit offenses against the United States, that is, to manufacture, possess, and utter counterfeit securities of an organization, with the intent to deceive another person and organization in violation of Title 18, United States Code, Section 513(a).

## MANNER AND MEANS

It was part of this conspiracy that one or more of the conspirators would and did:

1. Make counterfeit securities of an organization;

2. Possess counterfeit securities of an organization; and

3. Utter counterfeit securities of an organization.

## OVERT ACTS

In furtherance of this conspiracy and to effect the objects thereof, the conspirators committed, among others, the following overt acts in the Northern District of Texas and elsewhere:

1. Substantive counts two through thirty-eight of this indictment are hereby incorporated as overt acts of this conspiracy and of this count one.

All in violation of Title 18, United States Code, Section 371.

Counts Two through Twenty-One
Uttering Forged and Counterfeited Securities
(Violation of 18 U.S.C. § 513(a))

Beginning on or about the dates set forth below, in the San Angelo Division of the Northern District of Texas, and elsewhere, **William Adair, Lisa Smith, Jamie King,** and **Clinton Johnson**, defendants, did make, possess, and utter, forged and counterfeited securities of an organization, as that term is defined in Title 18, United States Code, Section 513(c)(4), with the intent to deceive another person and organization:

| Count No. | Date of Offense | Name of Drawer | Name of Financial Institution | Amount of Check |
|---|---|---|---|---|
| 2 | 3/23/09 | A Landscape Solution | Crocket National Bank | $912.00 |
| 3 | 3/23/09 | A Landscape Solution | Crocket National Bank | $1,219.51 |
| 4 | 4/01/09 | Abbott's Supermarket | San Angelo National Bank | $395.32 |
| 5 | 4/01/09 | Abbott's Supermarket | San Angelo National Bank | $835.76 |
| 6 | 4/01/09 | Abbott's Supermarket | San Angelo National Bank | $300.00 |
| 7 | 3/31/09 | C & H Transmission | Wells Fargo | $621.89 |
| 8 | 3/31/09 | C & H Transmission | Wells Fargo | $621.89 |
| 9 | 3/31/09 | C & H Transmission | Wells Fargo | $621.89 |

| Count No. | Date of Offense | Name of Drawer | Name of Financial Institution | Amount of Check |
|---|---|---|---|---|
| 10 | 4/01/09 | C & H Transmission | Wells Fargo | $689.45 |
| 11 | 3/31/09 | C & H Transmission | Wells Fargo | $300.00 |
| 12 | 3/31/09 | C & H Transmission | Wells Fargo | $300.00 |
| 13 | 3/31/09 | C & H Transmission | Wells Fargo | $300.00 |
| 14 | 3/31/09 | C & H Transmission | Wells Fargo | $300.00 |
| 15 | 3/31/09 | C & H Transmission | Wells Fargo | $882.31 |
| 16 | 3/31/09 | C & H Transmission | Wells Fargo | $963.49 |
| 17 | 3/31/09 | C & H Transmission | Wells Fargo | $812.54 |
| 18 | 4/01/09 | C & H Transmission | Wells Fargo | $963.69 |
| 19 | 4/01/09 | C & H Transmission | Wells Fargo | $963.89 |
| 20 | 3/31/09 | Cook Construction | 1st Bank & Trust | $400.00 |
| 21 | 3/31/09 | Cook Construction | 1st Bank & Trust | $400.00 |

Each count being a violation of Title 18, United States Code, Sections 513(a) and 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946).

Counts Twenty-Two through Thirty-Nine
Uttering Forged and Counterfeited Securities
(Violation of 18 U.S.C. § 513(a))

Beginning on or about the dates set forth below, in the San Angelo Division of the Northern District of Texas, and elsewhere, **William Adair, Lisa Smith, Jamie King,** and **Clinton Johnson**, defendants, did make, possess, and utter, forged and counterfeited securities of an organization, as that term is defined in Title 18, United States Code, Section 513(c)(4), with the intent to deceive another person and organization:

| Count No. | Date of Offense | Name of Drawer | Name of Financial Institution | Amount of Check |
|---|---|---|---|---|
| 22 | 3/23/09 | Brandy Morris | Crocket National Bank | $99.33 |
| 23 | 3/23/09 | Brandy Morris | Crocket National Bank | $482.60 |
| 24 | 3/28/09 | David Adair | Crocket National Bank | $131.96 |
| 25 | 3/22/09 | Brandy Morris | Citizen's State Bank | $378.89 |
| 26 | 3/22/09 | Brandy Morris | Citizen's State Bank | $109.00 |
| 27 | 3/22/09 | Brandy Morris | Citizen's State Bank | $757.93 |
| 28 | 3/23/09 | Brandy Morris | Citizen's State Bank | $113.22 |
| 29 | 3/22/09 | Brandy Morris | Citizen's State Bank | $108.49 |
| 30 | 3/22/09 | Brandy Morris | Citizen's State Bank | $211.59 |
| 31 | 3/22/09 | Brandy Morris | Citizen's State Bank | $231.10 |
| 32 | 3/22/09 | Brandy Morris | San Angelo National | $110.63 |
| 33 | 3/29/09 | Lisa Smith | San Angelo National | $345.97 |
| 34 | 3/31/09 | Lisa Smith | Wells Fargo | $247.64 |

| Count No. | Date of Offense | Name of Drawer | Name of Financial Institution | Amount of Check |
|---|---|---|---|---|
| 35 | 3/31/09 | Lisa Smith | Wells Fargo | $156.17 |
| 36 | 3/29/09 | Lisa Smith | Wells Fargo | $479.50 |
| 37 | 3/30/09 | Lisa Smith | Wells Fargo | $233.80 |
| 38 | 3/29/09 | Lisa Smith | Wells Fargo | $327.72 |
| 39 | 3/29/09 | Lisa Smith | Wells Fargo | $319.62 |

Each count being a violation of Title 18, United States Code, Sections 513(a) and 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946).

Count Forty
Identity Theft
(Violation of 18 U.S.C. §§ 1028(a)(7), (b)(2)(A), (c)(3)(A))

From beginning on or about March 1, 2009, and continuing to on or about April 30, 2009, in the San Angelo Division of the Northern District of Texas, and elsewhere, **Jamie King**, defendant, did knowingly use and possess, without lawful authority, a means of identification of another person, to wit: Brandy Morris, with the intent to commit, and to aid and abet, and in connection with, an unlawful activity that constitutes a violation of federal law, to wit: a violation of 18 U.S.C. § 513(a), such prohibited possession and use in and affecting interstate commerce.

In violation of Title 18, United States Code, Sections 1028(a)(7), 1028(b)(2)(A), 1028(c)(3)(A), and 2.

Count Forty-One
Identity Theft
(Violation of 18 U.S.C. §§ 1028(a)(7), (b)(2)(A), (c)(3)(A))

From beginning on or about March 1, 2009, and continuing to on or about April 30, 2009, in the San Angelo Division of the Northern District of Texas, and elsewhere, **William Adair**, defendant, did knowingly use and possess, without lawful authority, a means of identification of another person, to wit: David Adair, with the intent to commit, and to aid and abet, and in connection with, an unlawful activity that constitutes a violation of federal law, to wit: a violation of 18 U.S.C. § 513(a), such prohibited possession and use in and affecting interstate commerce.

In violation of Title 18, United States Code, Sections 1028(a)(7), 1028(b)(2)(A), 1028(c)(3)(A), and 2.

A TRUE BILL:

FOREMAN

JAMES T. JACKS
UNITED STATES ATTORNEY

ANN C. ROBERTS
Assistant United States Attorney
Texas State Bar No. 24032102
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Tel: 806.472.7397
Fax: 806.472.7324
Email: ann.roberts@usdoj.gov

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

THE UNITED STATES OF AMERICA

v.

WILLIAM ADAIR (1)
LISA SMITH (2)
JAMIE KING (3)
CLINTON JOHNSON (4)

# INDICTMENT

COUNT 1:CONSPIRACY TO MANUFACTURE, POSSESS, AND UTTER COUNTERFEIT SECURITIES
Title 18, United States Code, Section 371.

COUNTS 2-39:UTTERING FORGED AND COUNTERFEITED SECURITIES
Title 18, United States Code, Section 513(a).

COUNTS 40-41: IDENTITY THEFT
Title 18, United States Code, Section 1028(a)(7),(b)(2)(A),(c)(3)(A)

(41 COUNTS)

A true bill rendered:
Lubbock ______________________ Foreperson

Filed in open court this 12th day of August, A.D. 2009.

______________________ Clerk

Warrants to Issue

______________________
UNITED STATES DISTRICT JUDGE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**

**Related Case Information**

Superseding Indictment/Information: ☐ Yes ☒ No    New Defendant: ☐ Yes ☐ No
Pending CR Case in NDTX: ☐ Yes ☒ No    If Yes, number:
Search Warrant Case Number ____________
R 20 from District of ____________

1. **Defendant Information**

Juvenile: ☐ Yes ☒ No

If Yes, Matter to be sealed:

☐ Yes ☐ No

Defendant Name **William Adair**

Alias Name

Address

County in which offense was committed: Tom Green County

2. **U.S. Attorney Information**

AUSA **Ann C. Roberts**    Bar # **24032102**

3. **Interpreter**

☐ Yes ☐ No    If Yes, list language and/or dialect:

4. **Location Status**

Arrest Date ____________

☐ Already in Federal Custody
☒ Already in State Custody - Tom Green County Jail
☐ On Pretrial Release

**ON BOND**

5. **U.S.C. Citations**

Total # of Counts as to This Defendant: **40**    ☐ Petty ☐ Misdemeanor ☒ Felony

| *Citation* | *Description of Offense Charged* | *Count(s)* |
|---|---|---|
| 18 U.S.C. § 371 - | Conspiracy to Make, Possess, and Utter Forged Securities | 1 |
| 18 U.S.C. § 513(a) - | Uttering Forged and Counterfeited Securities | 2-39 |
| 18 U.S.C. §§1028(a)(7),(b)(2)(A),(c)(3)(A) - | Identity Theft | 41 |

Date 08/12/09    Signature of AUSA: [signature]

ANN C. ROBERTS

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**

**Related Case Information**

Superseding Indictment/Information: ☐ Yes ☒ No   New Defendant: ☐ Yes ☐ No

Pending CR Case in NDTX: ☐ Yes ☒ No   If Yes, number:

Search Warrant Case Number ______________________

R 20 from District of ______________________

1. **Defendant Information**

Juvenile: ☐ Yes ☒ No

If Yes, Matter to be sealed:

☐ Yes ☐ No

Defendant Name **Lisa Smith**

Alias Name

Address

County in which offense was committed: Tom Green County

2. **U.S. Attorney Information**

AUSA **Ann C. Roberts**   Bar # **24032102**

3. **Interpreter**

☐ Yes ☐ No   If Yes, list language and/or dialect:

4. **Location Status**

Arrest Date______________________

☐ Already in Federal Custody
☒ Already in State Custody - Tom Green County Jail
☐ On Pretrial Release

**ON BOND**

5. **U.S.C. Citations**

Total # of Counts as to This Defendant: ~~40~~ 39   ☐ Petty ☐ Misdemeanor ☒ Felony

| *Citation* | *Description of Offense Charged* | *Count(s)* |
|---|---|---|
| 18 U.S.C. § 371 - | Conspiracy to Make, Possess, and Utter Forged Securities | 1 |
| 18 U.S.C. § 513(a) - | Uttering Forged and Counterfeited Securities | 2-39 |

Date 08/12/09   Signature of AUSA: [signature]

ANN C. ROBERTS

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**

**Related Case Information**

Superseding: ☐ Yes ☒ No New Defendant: ☐ Yes ☐ No
Indictment/Information
Pending CR Case in NDTX: ☐ Yes ☒ No If Yes, number:
Search Warrant Case Number __________
R 20 from District of __________

1. **Defendant Information**

Juvenile: ☐ Yes ☒ No

If Yes, Matter to be sealed:

☐ Yes ☐ No

Defendant Name **Jamie King**

Alias Name

Address

County in which offense was committed: Tom Green County

2. **U.S. Attorney Information**

AUSA **Ann C. Roberts** Bar # **24032102**

3. **Interpreter**

☐ Yes ☐ No If Yes, list language and/or dialect:

4. **Location Status**

Arrest Date __________

☐ Already in Federal Custody
☒ Already in State Custody - Tom Green County Jail
☐ On Pretrial Release

**ON BOND**

5. **U.S.C. Citations**

Total # of Counts as to This Defendant: **40** ☐ Petty ☐ Misdemeanor ☒ Felony

| *Citation* | *Description of Offense Charged* | *Count(s)* |
|---|---|---|
| 18 U.S.C. § 371 - | Conspiracy to Make, Possess, and Utter Forged Securities | 1 |
| 18 U.S.C. § 513(a) - | Uttering Forged and Counterfeited Securities | 2-39 |
| 18 U.S.C. §§1028(a)(7),(b)(2)(A),(c)(3)(A) - | Identity Theft | 40 |

Date 08/12/09 Signature of AUSA: [signature]

ANN C. ROBERTS

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**

**Related Case Information**

Superseding: Indictment/Information ☐ Yes ☒ No New Defendant: ☐ Yes ☐ No

Pending CR Case in NDTX: ☐ Yes ☒ No If Yes, number:

Search Warrant Case Number ____________________

R 20 from District of ____________________

1. **Defendant Information**

Juvenile: ☐ Yes ☒ No

If Yes, Matter to be sealed:

☐ Yes ☐ No

Defendant Name **Clinton Johnson**

Alias Name ____________________

Address ____________________

County in which offense was committed: Tom Green County

2. **U.S. Attorney Information**

AUSA **Ann C. Roberts** Bar # **24032102**

3. **Interpreter**

☐ Yes ☐ No If Yes, list language and/or dialect:

4. **Location Status**

Arrest Date ____________________

☐ Already in Federal Custody
☒ Already in State Custody - Tom Green County Jail
☐ On Pretrial Release

**ON BOND**

5. **U.S.C. Citations**

Total # of Counts as to This Defendant: ~~40~~ 39 ☐ Petty ☐ Misdemeanor ☒ Felony

| *Citation* | *Description of Offense Charged* | *Count(s)* |
|---|---|---|
| 18 U.S.C. § 371 - | Conspiracy to Make, Possess, and Utter Forged Securities | 1 |
| 18 U.S.C. § 513(a) - | Uttering Forged and Counterfeited Securities | 2-39 |

Date 08/12/09

Signature of AUSA: [signature]
ANN C. ROBERTS